| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| --- | --- | --- |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 29 |
| CHRISTOPHER BROUGHTON SHEDLICK | * | September Term, 2021 |

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Christopher Broughton Shedlick, to suspend the Respondent from the practice of law for six months, it is this 13th day of September, 2021

**ORDERED,** by the Court of Appeals of Maryland, that the Respondent, Christopher Broughton Shedlick, be, and he hereby is, suspended from the practice of law for six months for violations of Rule 1.15 of the Maryland Attorneys' Rules of Professional Conduct and Maryland Rule 19-407; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Christopher Broughton Shedlick from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk